IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BOARD OF REGENTS,<br>THE UNIVERSITY OF TEXAS SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL WEIR D/B/A HORNS-INC.,<br><br>Defendant. | § § § § § § § § § § | Civil Action No. 1:13-cv-00071-SS |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Board of Regents, The University of Texas System ("Plaintiff") and Michael Weir d/b/a Horns-Inc. ("Defendant") have entered into a Settlement Agreement resolving all claims advanced in this case. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the parties' Agreement, Plaintiff hereby dismisses Defendant from this action <u>without</u> prejudice. Plaintiff notes that Defendant has not served an answer or a motion for summary judgment, and that Defendant consents to this Dismissal without prejudice.

DATED: 10/17/2013

Respectfully submitted,

By: _____
Stephen P. Meleen
Texas Bar No. 00795776
smeleen@pirkeybarber.com
Jered E. Matthysse
Texas Bar No. 24072226
jmatthysse@pirkeybarber.com
Pirkey Barber PLLC
600 Congress Avenue, Suite 2120
Austin, Texas 78701
(512) 322-5200

ATTORNEYS FOR PLAINTIFF

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2013, a copy of the foregoing NOTICE OF DISMISSAL WITHOUT PREJUDICE was served via first-class mail, postage prepaid, on Defendant at the addresses listed below:

Michael Weir d/b/a Horns-Inc.
69 Oxford Road
Cowley, Oxford
OX4 2ER United Kingdom

Michael Weir d/b/a Horns-Inc.
5 Bushy Close
Botley, Oxford
OX2 9SH United Kingdom

with a courtesy copy via first-class mail, postage prepaid, to:

Peter S. Sloane
Leason Ellis LLP
One Baker Avenue, Fifth Floor
White Plains, NY 10601

/s/ Diana A. Rausa