IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 OCT 18 AM 11: 24
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

BOARD OF REGENTS, THE UNIVERSITY OF
TEXAS SYSTEM,
        Plaintiff,

-vs-                                           Case No. A-13-CA-071-SS

MICHAEL WEIR d/b/a Horns-Inc.,
        Defendant.

## ORDER

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and specifically noted the filing of the parties' Notice of Dismissal Without Prejudice [#8], and thereafter enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that all claims brought by Plaintiff Board of Regents, The University of Texas System, in the above-styled cause are DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. The parties shall bear their own costs and fees.

SIGNED this the 18th day of October 2013.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE

071 ood jtw.frm